FILED IN CLERK'S OFFICE
U.S.D.C - Atlanta

NOV 26 2013

JAMES N. ~~~~~, Clerk
By: ~~~~~ Deputy Clerk

FOR THE NORTHERN DISTRICT OF GEORGIA
IN THE UNITED STATES DISTRICT COURT
ATLANTA DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | CIVIL ACTION NO.: |
| PLAINTIFF, | ) |
| vs. | ( |
| MARYAM A. MILLER A/K/A MARYAM A. EL-AMIN MILLER, et al., | ) |
| DEFENDANTS. | ( |

### DEFENDANTS' OBJECTION TO THE "FINAL REPORT, RECOMMENDATION & ORDER"

COME NOW defendants in the above stated case to (a) timely object to the Magistrate Court's "FINAL REPORT, RECOMMENDATION & ORDER" ("R&R") and, respectfully, (b) demand the denial and/or dismissal of same R&R for the following good and legal reasons.

### BRIEF BACKGROUND THAT JUSTIFIES REMOVAL OF STATE CASE

1. The defendants filed a Removal Notice on October 25, 2013, but, due to lack of IFP and Cover Sheet, it was date stamped y the federal Court on October 28, 2013.
2. That notice set out in clear detail how this Honorable Court is not only justified to retain the state case in this Court, but also how this Court must, as a matter of law, dispense with the plaintiff's case and award damages for the defendant.
3. The R&R was the result of said notice.
4. Mere reading of the R&R will reveal, the Magistrate Court has, inadvertently, either misconstrued, misunderstood or misapplied the law pertaining to removal of state cases.
5. This is especially true when it comes to the federal Court retaining and, subsequently, dismissing (not remanding) the plaintiff's case upon filing the notice when the federal law preempts the state claims of the plaintiffs.
6. The R&R wrongly states in pp. 1-6, the case must be remanded for several reasons allegedly to the defendants' violation of removal statues, supporting caselaw and the alleged facts, aamong them being:

(a) the defendants violated 28 U.S.C., Section 1446(a) (all processes [papers] in state Court were not attached to the notice). The caselaw, however, has long determined this was procedural and not jurisdictional and thus can be cure by several means, especially when due to financial conditions and the inability to access the papers exist.
(b) the defendant violated 28 U.S.C., Section 1446(b) (the filing was not timely). The R&R presumes the plaintiff's complaint is the only paper the justifies removal. When the complaints does other paper does.  The paper attached to the notice justified the removal. It  came after the conspiring lawyers of WELLS FARGO BANK (the "bank") defrauded another federal Court into denying the defendants 1st Amendment rights access to that federal court by concealing the fact that a bankruptcy was filed almost

40 months ago. The lawyers and the bank have sent emails to the defendants acknowledging the same and the defendants have sent the lawyers several letters (some 7 pages long), emails and other pleadings and several phone calls to the fact. Plus the lawyers have the court papers itself showing the bankruptcy was filed over 40 month ago. They not only went forward with the foreclosure in 2010, but also have tried to go to court over six times to possess the real property of contention. Now the contention of the lawyers are in state Court (1) your Honor they can always file a motion to set aside the wrongful foreclosure and (2) your Honor they have never brought this issue up before. That sounds like "For the love of a fee from my rich customer, the bank, and a salary, I am going to knowingly wrongfully hurt you until you stop me". Although they know the pleadings supporting/for the federal Court's 'FRAUD ON THE COURT' were filed in the federal Court and the state Court and sent to the defendants, these lawyer (this is, "OFFICERS OF THE COURT") committed this, maybe, WORST OF ALL FRAUD, WH22AL PROCESSES OF THE COURT, WHAT IS? In Georgia the very recent caselaaw hold a lawyer must vbe suffering from a mental condition too serious to retain aa right to practice law and

(c) all defendant did not file in the removal. This too has not been held to defeat the notice under the facts in this case.

*I declare under penalty of perjury the foregoing is true & correct*

*11/24/13*

*Marajen A. Mill[er]*